IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELISSA FAIRFIELD,                                    1:07-cv-001412 LJO-WMW (PC)

        Plaintiff,                                ORDER TO SUBMIT APPLICATION
                                                       TO PROCEED IN FORMA PAUPERIS
    vs.                                            **OR**  PAY FILING FEE WITHIN THIRTY
                                                       DAYS
DEBORAH PATRICK,

        Defendants.
_____/

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §
1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma
pauperis pursuant to 28 U.S.C. § 1915.

    Accordingly, IT IS HEREBY ORDERED that:

    1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma
pauperis.

    2.  Within thirty days of the date of service of this order, plaintiff shall submit a completed
application to proceed in forma pauperis, or in the alternative, pay the $350 filing fee for this action.
Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    October 1, 2007**          **/s/  William M. Wunderlich**
                                                       UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com