IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FAIRFIELD, | 1:07-cv-01412 LJO WMW (PC) |
| Plaintiff, | ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| vs. | |
| DEBORAH PATRICK, et al., | (DOCUMENT #9) |
| Defendant(s). | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On November 15, 2007, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the Plaintiff paid the Civil Filing Fee, in the amount of $350.00 in full on November 19, 2007, IT IS HEREBY ORDERED THAT plaintiff's application to proceed in forma pauperis, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:     December 4, 2007            /s/  William M. Wunderlich
                              UNITED STATES MAGISTRATE JUDGEIT IS SO ORDERED.

Dated:     December 4, 2007            /s/  William M. Wunderlich
                              UNITED STATES MAGISTRATE JUDGE