# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FAIRFIELD, | CASE NO. 1:07-cv-01412-LJO-SKO PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 18) |
| DEBORAH PATRICK, et al., | |
| Defendants. | |

Plaintiff Melissa Fairfield ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 2, 2010, the Magistrate Judge issued a Findings and Recommendations which recommended that certain claims be dismissed from Plaintiff's second amended complaint. (Doc. #18.) The Findings and Recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days of the date on which the Findings and Recommendations were served. Plaintiff has not filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, the Court HEREBY ORDERS that:

1.   The November 2, 2010 Findings and Recommendations are ADOPTED in full;

2.   This action shall proceed on Plaintiff's second amended complaint, filed on March 15, 2010, against Defendants Chenault and Clayton for retaliation against Plaintiff's exercise of her First Amendment Rights; and

3.   All other claims raised in Plaintiff's second amended complaint are dismissed for failure to state a claim.

IT IS SO ORDERED.

**Dated:   February 22, 2011**                    /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE